IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re: ) | C/A: 3:15-mc-76-JFA |
| ) | |
| Keith Roy Davis, Sr., and Leanne Elizabeth Davis, ) | ORDER |
| Debtors. ) | |
| ) | |
| (*Case No. 14-20400-DRD13, Chapter 13, United States Bankruptcy Court for the West District of Missouri, Central Division at Jefferson City*) ) | |
| _____ ) | |
| In Re: ) | |
| ) | |
| Diana Elaine Freeman-Clay, ) | |
| Debtor. ) | |
| ) | |
| (*Case No. 14-41871-DRD-13, Chapter 13, United States Bankruptcy Court for the Western Division of Missouri, Western Division at Kansas City*) ) | |
| _____ ) | |

Pursuant to the Local Rules of this District and Chief Judge Wooten's Order of November 4, 2013, the motion by Resurgent Capital Services (ECF No. 1) to Quash or Modify Subpoenas is hereby referred to the United States Bankruptcy Court for the District of South Carolina.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

March 18, 2015  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge